UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH,<br><br>Plaintiffs,<br><br>v.<br><br>FERMA CORPORATION,<br><br>Defendants. | Case No.  22-cv-01504-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR:  Court Sponsored Mediation by:  10/6/2022.

FURTHER CASE MANAGEMENT: 10/28/2022 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 12/16/2022.

DESIGNATION OF EXPERTS: 1/27/2023; REBUTTAL: 2/24/2023;
  Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 3/24/2023.

DISPOSITIVE MOTIONS **SHALL** be filed by; 4/21/2023;
  Opp. Due: 5/5/2023; Reply Due: 5/12/2023;
  and set for hearing no later than 5/26/2023 at 10:00 AM.

PRETRIAL CONFERENCE DATE: 7/25/2023 at 3:30 PM.

BENCH TRIAL DATE: 8/7/2023 at 9:00 AM.
  Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 3-5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: July 8, 2022

_____
SUSAN ILLSTON
United States District Judge